**FORM 1**

## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Page: 1

| Case No: | 12-01212   FMD   Judge: Caryl E. Delano | Trustee Name: | DIANE L. JENSEN |
|---|---|---|---|
| Case Name: | CARLSON, TRAVIS | Date Filed (f) or Converted (c): | 01/30/12 (f) |
| | | 341(a) Meeting Date: | 03/07/12 |
| For Period Ending: 03/31/13 | | Claims Bar Date: | 08/02/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1817 SW 40th Street Cape Coral FL surrendering | 60,600.00 | 0.00 | | 0.00 | FA |
| 2. Cash and coins | 30.00 | 0.00 | | 0.00 | FA |
| Cash and coins | | | | | |
| 3. Suncoast checking acct. 6350 | 133.69 | 0.00 | | 0.00 | FA |
| Suncoast checking acct. 6350 | | | | | |
| 4. Suncoast checking acct. 6351 | 0.00 | 0.00 | | 0.00 | FA |
| Suncoast checking acct. 6351 | | | | | |
| 5. Suncoast savings acct. 6300 | 0.00 | 0.00 | | 0.00 | FA |
| Suncoast savings acct. 6300 | | | | | |
| 6. Suncoast savings acct. 6301 | 0.00 | 0.00 | | 0.00 | FA |
| Suncoast savings acct. 6301 | | | | | |
| 7. toaster, iron, television | 170.00 | 0.00 | | 0.00 | FA |
| toaster, iron, television | | | | | |
| 8. various men's clothing | 350.00 | 0.00 | | 0.00 | FA |
| various men's clothing | | | | | |
| 9. firearm | 100.00 | 0.00 | | 0.00 | FA |
| firearm | | | | | |
| 10. Carpet Wholesalers, Inc. dba Carlson's Flooring Am | 0.00 | 0.00 | | 0.00 | 0.00 |
| Carpet Wholesalers, Inc. dba Carlson's Flooring America assets include: accounts receivable in the amount of $47596.63 liabilities include: accounts payable in the amount of $199255.62 liabilities exceed assets | | | | | |
| 11. 2007 Cadillac CTS VIN 1G6DM57T670171562 surrenderi | 13,777.00 | 0.00 | | 0.00 | FA |
| 2007 Cadillac CTS VIN 1G6DM57T670171562 surrendering | | | | | |
| 12. FRAUDULENT TRANSFER (u) | 0.00 | 5,000.00 | | 5,000.00 | FA |
| 13. TAX REFUNDS (u) | 0.00 | 0.00 | | 0.00 | FA |

LFORM1

Ver: 17.01

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

| Case No: | 12-01212    FMD    Judge: Caryl E. Delano | Trustee Name: | DIANE L. JENSEN |
|---|---|---|---|
| Case Name: | CARLSON, TRAVIS | Date Filed (f) or Converted (c): | 01/30/12 (f) |
| | | 341(a) Meeting Date: | 03/07/12 |
| | | Claims Bar Date: | 08/02/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $75,160.69 | $5,000.00 | | $5,000.00 | Gross Value of Remaining Assets $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Will close as soon as possibleJanuary 22, 2013, 11:40 am Ready to close.  10/6/12

Will close after review of claimsJune 28, 2012, 02:07 pm Debtor repaying preference.  Last payment due 6/11/12; June 11, 2012 (SH)

do stip to pay by 6-11-12May 22, 2012, 08:15 am did L re refundMay 15, 2012, 10:48 am do L on fraudulent transferApril 23, 2012, 02:35 pm motion for 2004 exam;do motion to extend dischargeApril 05, 2012, 03:43 pm do L on corporate issues and gift to wifeMarch 23, 2012, 10:47 am

Initial Projected Date of Final Report (TFR): 06/20/13     Current Projected Date of Final Report (TFR): 06/20/13

LFORM1

Ver: 17.01

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 12-01212 -FMD | Trustee Name: | DIANE L. JENSEN |
|---|---|---|---|
| Case Name: | CARLSON, TRAVIS | Bank Name: | Bank of Kansas City |
|  |  | Account Number / CD #: | *******3234 Checking Account |
| Taxpayer ID No: | *******0430 |  |  |
| For Period Ending: | 03/31/13 | Blanket Bond (per case limit): | $ 750,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  |  | BALANCE FORWARD |  |  |  | 0.00 |
| 06/14/12 | 12 | TRAVIS CARLSON #1042 | PREFERENTIAL TRANSFER REPAYMENT | 1241-000 | 5,000.00 |  | 5,000.00 |
|  |  |  | Order Doc #35 |  |  |  |  |
| 07/16/12 |  | Bank of Kansas City | BANK SERVICE FEE | 2600-000 |  | 2.95 | 4,997.05 |
| 08/14/12 |  | Bank of Kansas City | BANK SERVICE FEE | 2600-000 |  | 5.72 | 4,991.33 |
| 09/17/12 |  | Bank of Kansas City | BANK SERVICE FEE | 2600-000 |  | 5.71 | 4,985.62 |
| 10/15/12 |  | Bank of Kansas City | BANK SERVICE FEE | 2600-000 |  | 5.52 | 4,980.10 |
| 11/15/12 |  | Bank of Kansas City | BANK SERVICE FEE | 2600-000 |  | 5.70 | 4,974.40 |
| 12/14/12 |  | Bank of Kansas City | BANK SERVICE FEE | 2600-000 |  | 5.51 | 4,968.89 |
| 01/16/13 |  | Bank of Kansas City | BANK SERVICE FEE | 2600-000 |  | 5.68 | 4,963.21 |
| 02/14/13 |  | Bank of Kansas City | BANK SERVICE FEE | 2600-000 |  | 5.68 | 4,957.53 |
| 03/14/13 |  | Bank of Kansas City | BANK SERVICE FEE | 2600-000 |  | 6.66 | 4,950.87 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 5,000.00 | 49.13 | 4,950.87 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 |  |
| Subtotal | 5,000.00 | 49.13 |  |
| Less: Payments to Debtors |  | 0.00 |  |
| Net | 5,000.00 | 49.13 |  |

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS |  |  |  |
| Checking Account - *******3234 | 5,000.00 | 49.13 | 4,950.87 |
|  | ---------------------- | ---------------------- | ---------------------- |
|  | 5,000.00 | 49.13 | 4,950.87 |
|  | ============ | ============ | ============ |
|  | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals         5,000.00         49.13

Ver: 17.01

LFORM24